United States District Court
Southern District of Texas

**ENTERED**
September 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| This document relates to: | |
| *Alameda County Employees' Retirement Association, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-01256 (cons.) |
| *Connecticut Retirement Plans and Trust Funds, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-01272 |
| *Avalon Holdings Inc., et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-03715 |
| *South Yorkshire Pensions Authority, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-02362 (cons.) |
| *Mondrian Global Equity Fund, L.P., et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-03621 |
| *Houston Municipal Employees Pension System, et anno.* v. *BP p.l.c. et al.* | No. 4:12-cv-03714 |
| *Stichting Pensioenfonds Metaal en Techniek, et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-00069 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | No. 4:13-cv-00129 |
| *KBC Asset Management NV, et anno.* v. *BP p.l.c. et al.* | No. 4:13-cv-00517 |
| *Deutsche Asset Management Investmentgesellschaft mbH* v. *BP p.l.c. et al.* | No. 4:13-cv-00887 |
| *New York City Employees' Retirement System et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-01393 |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c. et al.* | No. 4:13-cv-03397 |
| *Arkansas Teacher Retirement System, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-00457 |

| | |
|---|---|
| *Washington State Investment Board* v. *BP p.l.c., et al.* | No. 4:14-cv-00980 |
| *Helaba Invest Kapitalanlagegesellschaft mbH, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01065 |
| *Maryland State Retirement and Pension System* v. *BP p.l.c., et al.* | No. 4:14-cv-01068 |
| *GIC Private Limited* v. *BP p.l.c., et al.* | No. 4:14-cv-01072 |
| *Deka Investment GMBH, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01073 |
| *Illinois State Board of Investment* v. *BP, p.l.c., et al.* | No. 4:14-cv-01075 |
| *Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and Sole Trustee of The New York State Common Retirement Fund* v. *BP p.l.c., et al.* | No. 4:14-cv-01083 |
| | No. 4:14-cv-01084 |
| *Pension Reserves Investment Management Board of Massachusetts* v. *BP p.l.c., et al.* | No. 4:14-cv-01085 |
| | No. 4:14-cv-01087 |
| *Virginia Retirement System, et al.* v. *BP p.l.c., et al.* | |
| | No. 4:14-cv-01279 |
| *Louisiana State Employees' Retirement System, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01280 |
| *IBM United Kingdom Pensions Trust Limited, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01281 |
| *Universities Superannuation Scheme Ltd. acting as sole corporate trustee of Universities Superannuation Scheme* v. *BP p.l.c., et al.* | No. 4:14-cv-01418 |
| *Merseyside Pension Fund* v. *BP p.l.c., et al.* | Honorable Keith P. Ellison |
| *The Bank of America Pension Plan* v. *BP p.l.c., et al.* | |

### Stipulation and Order Regarding Motions to Dismiss and Scheduling

WHEREAS, on August 8, 2016, the parties stipulated, and the Court so ordered, that if Defendants choose to file a motion to dismiss the amended complaints in the above-captioned actions, they shall do so by September 7, 2016, and any answers to the amended complaints shall be filed by October 28, 2016.

WHEREAS, the parties have been conferring in good faith in an attempt to narrow the issues requiring resolution by the Court in such a motion and believe that additional time will benefit this process;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. If Defendants choose to file a motion to dismiss the amended complaints in the above-captioned actions, they shall do so by September 28, 2016. Any answers to the amended complaints shall be filed by November 18, 2016.

2. If Defendants file a motion to dismiss in any action, the parties shall thereafter confer about an appropriate briefing schedule.

Dated: September 7, 2016

STIPULATED AND AGREED:

OF COUNSEL
Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorneys in charge for Defendants (other than David Rainey)*

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Kathleen H. Goodhart
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Andrew G. Inglis*

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
Patrick J. Somers (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Douglas Suttles*

/s/ Patrick F. Linehan
Patrick F. Linehan (pro hac vice)
Reid H. Weingarten (pro hac vice)
Brian M. Heberlig (pro hac vice)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for David Rainey*

/s/ Sammy Ford IV
Sammy Ford IV
Federal Bar No. 950682
Texas Bar No. 24061331
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
MENSING PC
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorney-in-Charge for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, Nova Scotia, IBM, Merseyside, Universities, and Bank of America Plaintiffs*

/s/ Matthew L. Tuccillo
Marc I. Gross
Jeremy A. Lieberman
Matthew L. Tuccillo
Jessica N. Dell
POMERANTZ LLP

600 Third Avenue, 20th Floor
New York, NY 10016
Tel: 212-661-1100
Fax: 212-661-8665

*Attorneys for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, Nova Scotia, IBM, Merseyside, Universities, and Bank of America Plaintiffs and Individual Action Plaintiffs Liaison Counsel and Individual Action Plaintiffs Steering Committee Member*

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this __8th__ day of __September__, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE